IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BRANDON DONYA HUGHES, )
)
Petitioner, )
)
v. )
)
DIRECTOR, TDCJ-CID, )
)
Respondent. ) Civil Action No. 3:18-CV-2741-C-BN

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that the Court should deny Petitioner's application for a writ of habeas corpus and request for an evidentiary hearing.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Petitioner's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are **ADOPTED** as

---

[1] Petitioner, who is represented by counsel, filed objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation on April 21, 2021.

the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Petitioner's application for a writ of habeas corpus and request for an evidentiary hearing be **DENIED**.

SO ORDERED this 3rd day of May, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE